CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
**HAWKINS MELENDREZ, P.C.**
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
Phone: (702) 318-8800
ckeller@hawkinsmelendrez.com
*Attorneys for Allstate Property and*
*Casualty Insurance*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BLAINE HILTON ROBERTS II, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MMVS INVESTMENTS, LLC d/b/a LUMBERJACKS RESTAURANT, a Domestic Limited Liability Company; DOE INDIVIDUALS 1-10; and ROE CORPORATIONS 1-10; <br><br> Defendant. | CASE NO.: 2:26-cv-00525-GMN-EJY <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Defendant MVS INVESTMENTS, LLC d/b/a LUMBERJACKS RESTAURANT, by and through its attorney of record, Christopher M. Keller, Esq. of Hawkins Melendrez, P.C. and Plaintiff BLAINE HILTON ROBERTS II, by and through his attorney of record, Hayden R. Cottle, Esq. of The Cottle Firm, that the above-entitled

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

*HAWKINS MELENDREZ, P.C.*
*1645 Village Cetner Circle, Suite 160*
*Las Vegas, Nevada 89134*
*Telephone (702) 318-8800 • Facsimile (702) 318-8801*

matter be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 18th day of May 2026.

DATED this 18th day of May 2026.

**HAWKINS MELENDREZ, P.C.**

**THE COTTLE FIRM**

*/s/ Christopher M. Keller*
CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
*Attorneys for Defendant*

*/s/ Hayden R. Cottle*
HAYDEN R. COTTLE, ESQ.
Nevada Bar No. 16219
8635 South Eastern Ave.
Las Vegas, NV 89123
*Attorneys for Plaintiff*

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon the stipulation of counsel for dismissal of the above referenced matter *Blaine Hilton Roberts II vs. MMVS Investments, LLC,* 2:26-cv-00525-GMN-EJY, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled matter be dismissed with prejudice, and each party to bear their own attorney's fees and costs

_____
UNITED STATES DISTRICT COURT JUDGE

Date:        May 18, 2026

HAWKINS MELENDREZ, P.C.
1645 Village Cetner Circle, Suite 160
Las Vegas, Nevada 89134
Telephone (702) 318-8800 • Facsimile (702) 318-8801